AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Javier ZORRILLA (Y.O.B. 1997)<br>Citizenship: USA<br><br>*Defendant(s)* | Case No. M-21-1751-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 14, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | Knowingly and intentionally import into the United States from Mexico approximately 18.12 kilograms of cocaine, a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 18.12 kilograms of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

United States District Court
Southern District of Texas
FILED
AUG 16 2021
Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

Approved by AUSA P. Brostowin

Sworn to and executed by reliable electronic means, sworn to
Printed name and title and attested telephonically per
FED.R.CR.4.1, and probable
cause found on:
Sworn to before me and signed in my presence.

/s/ Mathew Orzechowski
*Complainant's signature*

Mathew Orzechowski, HSI Special Agent
*Printed name and title*

Date: 8/16/21 @ 7:53 a.m.

City and state: McAllen, Texas

*Judge's signature*

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**                                    M-21-1751-M

On August 14, 2021, at approximately 2113 hours, Jose ZORRILLA, driving a 2015 Nissan Rogue (TX NZS0759), arrived at the Hidalgo Port of Entry (POE) from Mexico seeking entry into the United States. A Customs and Border Protection Officer (CBPO) saw the driver and vehicle in line and remembered both from a prior encounter that records show occurred on April 18, 2021. On that date, ZORRILLA and his vehicle were referred to secondary inspection. During that inspection an empty, non-factory, compartment was discovered in the middle console area of the vehicle.

Based on that interaction, the CBPO alerted the primary inspection point. A CBP canine handler and their Narcotic, Human Detection Dog (NHDD) attempted to search the vehicle but were unable to do so as ZORRILLA had a dog of his own in the vehicle which began barking upon approach of the NHDD. ZORRILLA and his vehicle were referred to secondary inspection. Once ZORRILLA and his dog exited the vehicle the NHDD immediately entered the vehicle through the open front passenger side door and alerted to the presence of trained odors at the center console.

As a result of the NHDD alerting, the vehicle was sent to x-ray where the certified operator observed abnormalities in the center console and the dashboard area. CBPOs searched the identified areas and further inspections revealed a total of 16 total packages: seven from the center console compartment and nine from the dash. CBPOs extracted a white powder-like substance from one of the tape-wrapped bricks which field-tested positive for properties of cocaine. The 16 bricks had a combined total weight of 18.12 kilograms. CBPOs also found approximately $2,700 USD on ZORRILLA.

HSI Special Agents (SA) advised ZORRILLA of his Miranda warnings in the English language. ZORRILLA stated that he understood the Miranda warnings, and subsequently waived them in writing and agreed to answer questions from the SAs.

Post Miranda, ZORRILLA claimed ownership of the Rogue, and stated he was the sole operator and only known keyholder since it was purchased earlier in 2021. During the inspection of the passenger compartment, CBPOs found one roll of black duct tape and one roll of vacuum seal food storage bags. Both the tape and the bags were similar in appearance to the bags and tape used on the 16 bricks. ZORRILLA admitted to owning the vacuum seal food storage bags, and knowing they were in the vehicle.

ZORRILLA was also inconsistent with some of his statements. ZORRILLA stated that he was returning from Mexico after an approximate two week stay with his grandparents. Records checks on the vehicle showed it had crossed the Falfurrias Border Patrol Checkpoint at approximately 0846 hours on August 8, 2021 and the vehicle had also crossed into Mexico, from the Hidalgo POE, at approximately 1245 hours on August 9, 2021. ZORRILLA's mother, who had originally been contacted regarding the dog, stated that it had only been a few days since she had last seen her son.

Additionally, ZORRILLA had originally claimed ownership of the dog present in his vehicle, but later stated it belonged to a third party. Post interview, ZORRILLA was indifferent to the dog. ZORRILLA provided a phone number for his brother stating the brother would take custody of the dog. After multiple attempts to contact the brother, SAs reached out to the mother, who did not want to take custody of the dog. When presented with this information, ZORRILLA opted to abandon the dog rather than supplying contact information of the proper owner.